IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT L. CHANEY, JR., | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   v. | ) CASE NO. 2:24-cv-425-ECM |
| | ) |
| STATE OF ALABAMA, | ) |
| | ) |
|   Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On October 11, 2024, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 5) is ADOPTED, and this case is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

A separate Final Judgment will be entered.

DONE this 10th day of January, 2025.

                              /s/ Emily C. Marks
                            EMILY C. MARKS
                            CHIEF UNITED STATES DISTRICT JUDGE